NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000440
16-MAR-2020
09:26 AM

NO. CAAP-18-0000440

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

MORTON BASSAN, JR.; KEIKO BASSAN, Plaintiffs-Appellants, v. FEDERAL LAND BANK OF HAWAII (FLBH); FARM CREDIT SERVICES OF HAWAII (FCSH); HAWAII PRODUCTION CREDIT ASSOCIATION (HPCA); DIRECTOR OF HAWAI'I'S DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS; DIRECTOR OF HAWAI'I'S DEPARTMENT OF TAXATION, Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 18-1-0018K)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Fujise, Presiding Judge, Leonard and Chan, JJ.)

Upon consideration of Plaintiffs-Appellants Morton E. Bassan, Jr. and Keiko Bassan (Bassans), *pro se*, "Motion for Reconsideration Dkt 151" (Motion) filed on March 11, 2020, the papers in support and the record and files herein, it appears that the Bassans' Motion is untimely, see Hawai'i Rules of Appellate Procedure Rule 40(a). Therefore,

IT IS HEREBY ORDERED that said Motion is denied.

DATED: Honolulu, Hawai'i, March 16, 2020.

Presiding Judge

Associate Judge

Associate Judge